UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PEREZ,

                      Plaintiff,

against

ROSSY'S BAKERY & COFFEE SHOP INC. d/b/a
ROSSY'S BAKERY, and ROSELIA CABA, individually,

                      Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

       The Court conducted an initial conference today, December 16, 2019. The parties are directed to advise the Court of the mediation outcome and, if unsuccessful, state whether they request a settlement conference with another Magistrate Judge of this Court. In their Pre-Conference Statement, the parties consent to having all proceedings in this action before a magistrate judge. (ECF No. 19 at 2). The Court reminded the parties to complete and submit the requisite form.

       A pre-motion conference by telephone is scheduled for **Monday, June 15, 2020 at 10:00 am**, regarding the parties' anticipated motions for summary judgment. At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated: New York, New York
December 16, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**