UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PEREZ,

                Plaintiff,

against

ROSSY'S BAKERY & COFFEE SHOP INC. d/b/a
ROSSY'S BAKERY, and ROSELIA CABA, individually,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference was held today, February 4, 2020, regarding Plaintiff's Letter-Motion for discovery. (ECF No. 24). Plaintiff's motion is GRANTED.

Defendant is **ORDERED** to produce its outstanding initial disclosures and interrogatory responses by **tomorrow, February 5, 2020 at 10:00 am**, and its 2019 payroll statements by **Friday, February 7, 2020 at 5:00 pm**. If Defendant fails to comply with the Court's deadlines, Plaintiff may move for sanctions by Letter-Motion without the prerequisite meet and confer between the parties.

A Telephone Conference is scheduled for **Monday, June 15, 2020 at 10:00 am**. At the above date and time, Defendant's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Clerk of Court is respectfully directed to close ECF No. 24.

Dated: New York, New York
February 4, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**