UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL PEREZ,

                Plaintiff,

against

ROSSY'S BAKERY & COFFEE SHOP INC. d/b/a
ROSSY'S BAKERY, and ROSELIA CABA, individually,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (PGG) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was scheduled for today, June 15, 2020 at 10:00 am.  None of the parties attended the conference.  The parties are directed to file, by **close of business today, June 15, 2020**, letters explaining their failure to attend the conference.

Dated:      New York, New York
              June 15, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**