The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 28, 2020

**Via ECF**
Hon. Sara L. Cave
United States District Court
500 Pearl St.
New York, NY 10007

      Re:    Perez v. Rossy's Bakery & Coffee Shop Inc.
               19-cv-08683 (SLC)

Dear Judge Cave:

    The parties jointly request to have until Tuesday, August 3, 2020 to submit pre-trial documents. It is currently due on July 30, 2020.  This is the parties' first request for an extension.  The parties' request is based on workload and Covid.  We appreciate the Court's consideration.

                                                                   Respectfully,

                                                                   */s Jacob Aronauer*
                                                                   Jacob Aronauer
                                                                   *Attorney for Plaintiff*

**Via ECF**
*All attorneys on Record*

---

The parties' joint Letter-Motion (ECF No. 35) is GRANTED. The parties are directed to submit their pre-trial documents by **Tuesday, August 4, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 35.

SO-ORDERED 7/29/2020

                                        SARAH L. CAVE
                                        United States Magistrate Judge