UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PEREZ,

                 Plaintiff,

against

ROSSY'S BAKERY & COFFEE SHOP INC. d/b/a
ROSSY'S BAKERY, and ROSELIA CABA, individually,

                 Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a Final Pre-Trial Conference today, August 7, 2020. Plaintiff's translator is approved. Plaintiffs' Exhibits and Defendants' Exhibit A are admitted. By **Tuesday, August 11, 2020**, Plaintiff's counsel is directed to fix the lettering in Plaintiff's Exhibits and provide a corrected binder to the Court.

Plaintiff is directed to file its objections to Defendants' Exhibits B and C, attaching copies of Plaintiff's document requests and Defendants' objections and responses, by **Tuesday, August 11, 2020**. Defendants are directed to file their response by **Friday, August 14, 2020**. The Court will then rule on the admissibility of these exhibits and issue a Final Pre-Trial Order.

Dated:     New York, New York
             August 7, 2020

                                                 SO ORDERED

                                                 _____
                                                 SARAH L. CAVE
                                                 **United States Magistrate Judge**