The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

August 11, 2020

**Via ECF**
Hon. Sara L. Cave
United States District Court
500 Pearl St.
New York, NY 10007

      Re:    Perez v. Rossy's Bakery & Coffee Shop Inc.
              19-cv-08683 (SLC)

Dear Judge Cave:

      This office represents Plaintiff in the above captioned matter. I request to have an additional day to provide the information required in the Court's August 7, 2020 order (dkt 45). I apologize for the timing of the request as the information sought is due today. This is Plaintiff's first request for an extension. Defendants graciously consent. If Plaintiff's request is granted Defendants' opposition would be due on August 12, 2020. The basis for the request is poor case management on the part of Plaintiff.

      Respectfully,

      */s Jacob Aronauer*
      Jacob Aronauer
      *Attorney for Plaintiff*

**Via ECF**
*All attorneys on Record*

---

Plaintiff's Letter-Motion (ECF No. 46) is GRANTED. By **Close of business today, August 12, 2020**, Plaintiff's counsel is directed to (1) fix the lettering in Plaintiff's Exhibits and provide a corrected binder to the Court; and (2) file its objections to Defendants' Exhibits B and C, attaching copies of Plaintiff's document requests and Defendants' objections and responses. Defendants are directed to file their response by **Monday, August 17, 2020**.

The Clerk of Court is respectfully directed to Close ECF No. 46.

SO-ORDERED 8/12/2020

SARAH L. CAVE
United States Magistrate Judge