UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PEREZ,

                Plaintiff,

against

ROSSY'S BAKERY & COFFEE SHOP INC. d/b/a
ROSSY'S BAKERY, and ROSELIA CABA, individually,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants were directed to file their response to Plaintiff's objections to Defendants' exhibits (ECF No. 49) by Monday, August 17, 2020. (ECF No. 47). Defendants failed to do so. Defendants are directed to file their response or a letter stating that they have no response to Plaintiff's objections by **Monday, August 24, 2020**.

Dated:    New York, New York
            August 20, 2020

                                        SO ORDERED

                                        _/s/ Sarah L. Cave_
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**