UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PEREZ,

          Plaintiff,

-v-

ROSSY'S BAKERY & COFFEE SHOP, INC. d/b/a ROSSY'S BAKERY, and ROSELIA CABA, individually,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 8683 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or about August 7, 2020, the Court received documents including the Declaration of Jacob Aronauer dated August 7, 2020 ("Declaration"). However, the Declaration does not appear to have been filed on ECF. Accordingly, by **Monday, March 8, 2021,** Plaintiff shall file on ECF the Declaration and any attachments.

Dated:    New York, New York
           March 2, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**