UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RAFAEL PEREZ,

                Plaintiff,                          19 **CIVIL** 8683 (SLC)

      -against-                             **JUDGMENT**

ROSSY'S BAKERY & COFFEE SHOP, INC., d/b/a
ROSSY'S BAKERY, and ROSELIA CABA,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 30, 2021, The Court finds that Defendants did not violate the FLSA and NYLL with respect to Perez's wages, but did violate the WTPA provisions, for which Perez is entitled to damages in the amount of $1,500.00. In addition, Perez is entitled to attorneys' fees in the amount of $15,138.75, and costs in the amount of $1,685.14. Judgment is entered in favor of Plaintiff against the defendants in the total amount of $18,323.89; accordingly, this case is closed.

**Dated:**  New York, New York
            March 31, 2021

                                                            **RUBY J. KRAJICK**
                                                             Clerk of Court

                                   **BY:**
                                                              Deputy Clerk